**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

"IN ADMIRALTY"

KING OCEAN SERVICES, LTD.,
Plaintiff,

vs. CASE NO.:

HAYEK SERVICES, INC.,
Defendant.

______________________________/

## COMPLAINT

The Plaintiff, KING OCEAN SERVICES, LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against HAYEK SERVICES, INC. (hereinafter "HAYEK") and for cause of action *in personam* states as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. Section 1333(1). The Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by the plaintiff occurred within the territorial limits of the United States District Court

for the Southern District of Florida, namely Port Everglades, Florida. Furthermore, the Defendant maintains an office for transaction of its customary business in Miami, Florida.

## THE PARTIES

3. KING OCEAN SERVICES, LTD. is a Vessel Operating Common Carrier (VOCC), that engages in international cargo transportation and logistics services with a principal place of business at Doral, Florida.

4. HAYEK SERVICES, INC. is a licensed freight forwarder that is organized under the laws of The State of Florida and maintains a principal place of business in Miami-Dade County, Florida.

## FACTUAL ALLEGATIONS

5. Between August 2014 and September 2015 HAYEK, as freight forwarder, requested and directed KING OCEAN to transport certain goods for carriage aboard ocean vessels from Port Everglades, Florida to numerous international ports of destination and deliver said cargo to the designated consignees.

6. The ocean freight and related charges agreed to by HAYEK as compensation for the transportation related activities described in the preceding paragraph are contained on invoices summarized on the Account Statement annexed as Exhibit "A". KING OCEAN provided HAYEK with a copy of each individual invoice in the normal course of business.

7. For over a decade, the Plaintiff and Defendant have maintained an ongoing business relationship. During that time, HAYEK has always been responsible for the payment of

ocean freight and related charges that resulted from bookings made with KING OCEAN in its freight forwarding capacity.

8. Despite repeated demands for payment of the funds due, HAYEK has failed and refused to remit $108,863.62 in ocean freight and related charges owed to KING OCEAN.

9. Recently, KING OCEAN notified HAYEK that C.O.D. payment terms would apply to all future bookings. Thereafter, HAYEK coordinated additional shipments and paid the resulting ocean freight charges with through its corporate bank account.

**COUNT I – BREACH OF CONTRACT**

10. KING OCEAN repeats and realleges the allegations set forth in Paragraphs 1 through 9 as if fully set forth herein.

11. A valid contract was formed when KING OCEAN agreed to transport cargo aboard ocean vessels from Port Everglades, Florida to various ports of destination in exchange for monetary compensation.

12. KING OCEAN performed its contractual obligation by transporting the designated cargo from the mainland United States to the ports of discharge and delivering said goods to the named consignees.

13. KING OCEAN has performed all conditions precedent necessary to bring this action.

14. HAYEK committed a material breach of contract by not compensating KING OCEAN for $108,863.62 in ocean freight and related charges owed to the carrier.

15. KING OCEAN had suffered damages in the amount of $108,863.62.

## PRAYER FOR RELIEF

WHEREFORE, KING OCEAN prays for judgment against HAYEK SERVICES, INC. on its Complaint as follows:

A. Damages in the amount of $108,863.62 for nonpayment of ocean freight and related transportation charges incurred as a result of the international shipments of cargo made at the request and direction of HAYEK.

B. Taxable costs and disbursements of this action.

C. Any such other and further relief as this Court deems just and proper.

Respectfully submitted at Miami, Florida this 22nd day of January, 2016.

**DEE M. DOLVIN, P.A.**
*Attorney for Plaintiff*
P.O. Box 310424
Miami, Florida 33231
Telephone: 305-318-1919
E-mail: Dee@DeeMDolvin.com

By: ______________________
DEE M. DOLVIN
Florida Bar No. 707491