UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2016-CIV-20272-KING/TORRES

KING OCEAN SERVICES, LTD.,
Plaintiff,

vs.

HAYEK SERVICES, INC.,
Defendant.

_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment (D.E. No. 8), filed on March 7, 2016.

THE COURT has considered the motion, affidavits in support, and the pertinent portions of the record, and is otherwise fully advised in the premises. A default is entered against Hayek Services, Inc. for failure to answer to otherwise plead to the Summons and Complaint served by Plaintiff. It is

ADJUDGED that Final Default Judgment is GRANTED. Judgment is hereby entered in favor of Plaintiff King Ocean Services, Ltd. and against Defendant Hayek Services, Inc. in the liquidated amount of $108,863.62 plus costs and disbursements of this action in the amount of $445.00, amounting in all to $109,308.62, for which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of March, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record